### In re Shawn BURTON, Movant.

### No. 15–60772.

### United States Court of Appeals, Fifth Circuit.

### Jan. 21, 2016.

Shawn Burton, Holly Springs, MS, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Shawn Burton, Mississippi prisoner # 82975, has filed a request for a certificate of appealability (COA), which we construe as a notice of appeal from the district court's order transferring Burton's second 28 U.S.C. § 2254 habeas application to this court, pursuant to 28 U.S.C. § 1631, and as a motion seeking authorization to file a successive § 2254 application.

The district court transferred Burton's § 2254 application challenging his robbery

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

conviction to this court for a determination whether a successive application should be allowed. Burton has not met the requirements for filing a successive § 2254 application. See 28 U.S.C. § 2244(b).

Accordingly, leave to file a successive application is DENIED, and the transfer order is AFFIRMED. Burton's motion for a COA is DENIED as unnecessary. See United States v. Fulton, 780 F.3d 683, 688 (5th Cir.), cert. denied, —— U.S. ——, 136 S.Ct. 431, 193 L.Ed.2d 335 (2015).

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.